IN THE UNITED STATES DISTRICT COURT
FOR IDAHO

IN THE MATTER OF THE ) CASE NO: 1:19-CV-330-DCN
FEDERAL RACKETEER )
INFLUENCED AND )
CORRUPT ORGANIZATION ) COMPLAINT -
ACT ON THE ADA ) CRIMINAL
COUNTY COURTS AND THE )
IDAHO SUPREME COURT/ )
COURT OF APPEALS )

U.S. COURTS
AUG 28 2019
Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

COMES NOW, LACEY MARK SIVAK, COMPLAINANT IN THE ABOVE-ENTITLED MATTER, FILING THIS COMPLAINT-CRIMINAL COMPLAINING AS:

I.

LACEY TAKES JURISDICTION FOR THIS MATTER AS:
RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT 18 USCA §§ 1961-1968
RULES 3 AND 4 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE
ALL WRITS ACT 28 USCA § 1651(a)
U.S. CONSTITUTION, AMENDMENTS 9 AND

#2

IDAHO CONSTITUTION ARITCLE I, SECTIONS 18 AND 22

IDAHO CODE 18-313

## II.

THIS CASE IS BASED ON THE ACCOMPANYING SIXTEEN EXHIBITS. SECTION III OF THIS DOCUMENT LISTS OUT THE INITIAL SUBJECT MATTER ON THE SIXTEEN, BUT, THAT IS ONLY PARTLY ~~THE ISSUE~~. THE BASIC ISSUE IS THAT THE IDAHO SUPREME COURT (COURT OF APPEALS AND ADA COUNTY COURTS ARE IN VIOLATION OF THE RICO ACT 18 USCA §§ 1961-1968.

THIS IS EXPLAINED STARTING IN SECTION IV.

## EXHIBIT A DATA

ON THIS CASE, LACEY CHARGES THAT ON EXHIBIT A CORPORAL ORTEGA DID REPEATEDLY ACT AGAINST LACEY. THE DATA IS ALL IN THE COMPLAINT. LACEY TRIED TO RESOLVE THE ISSUES, AND, VERNON GREENLAND WANTED TO COVER IT UP. LACEY DID THE COMPLAINT, AND, MAGISTRATE THOMAS WATKINS ORDER REJECTING CRIMINAL COMPLAINT IS ATTACHED. LACEY'S APPEAL FOLLOWS, AND, HOW THE CASE WENT THROUGH THE COURTS IS PROVIDED.

EVIDENCE IS PRESENT THAT THE CRIMES LACEY STATED, WERE COMMITTED.

## EXHIBIT B DATA

ON THIS CASE, LORRIE SIVAK, THE SISTER OF LACEY, DID TAMPER WITH MARION SIVAK'S MEDICINE. (MARION IS LACEY MOM AND LEGAL ASSISTANT OF RECORD.) WHEN THE MEDICINES CAUSED BLOOD

_____ -pg- _____

veins to bust in Marion's head, Lorrie held Marion captive for over sixteen hours, at Lorrie's house, before letting Marion get medical care. - Lorrie's son, Zac, is a military medic, and helped Lorrie. - While the ambulance was en route to get Marion, Lorrie was planning a funeral, taking all Marion's possessions, and, dumping Marion in a facility. -

After addressing the matter, Lacey put in for a protective order for Marion. - The laws require the courts to have a hearing in fourteen days. -

Judge Thomas Watkins provides

... while detailing various events, is frivolous ....

Lacey went through the Idaho courts on both the criminal complaint and the protective

ORDER. - THE COURTS REFUSED TO UPHOLD THE LAWS. -

EXHIBIT C DATA

ON THIS CASE, BALZER MADE UP RULES THAT WERE PROVEN WRONG, THREE TIMES. - BALZER'S CONDUCT DENIED LACEY MEDICINES AND MORE. - BASED ON BALZER'S RULES, LACEY WAS GIVEN A PRISON DISCIPLINARY REPORT AND FIRED. - THE CHARGE WAS NEVER HEARD, BUT, LACEY LOST HIS JOB AND IS NOT BEING RE-HIRED. - THE PRISON RULES PROHIBIT ANY RECORD OF ANY ACQUITTAL ON CHARGES, BUT, THEY VIOLATE THIS. -

LACEY PURSUED IT, AND, MAGISTRATE THOMAS WATKINS LIED ON THE ISSUES AND THE DOCUMENTS. -

THE DATA IS ALL IN THE EXHIBIT.

## EXHIBIT D DATA

ON THIS CASE, IT PURSUES THOMAS WATKINS CRIMINAL CONDUCT BY FALSIFYING STATEMENTS ON EXHIBIT C.

## EXHIBIT E DATA

ON THIS CASE, LACEY OWNS A VICTORY ON PROPERTY ISSUES, AND, IT REQUIRES THE PRISON TO HOLD LACEY'S PROPERTY FOR LACEY'S EVENTUAL USE, GIVE IT TO LACEY'S MOM, OR RETURN IT. - (A COPY OF IT IS IN EXHIBIT H.) -

ON 04MAY, GREENLAND TRIED TO EXTORT LACEY INTO DROPPING EXHIBIT A. - WHEN LACEY REFUSED, ON 06MAY, B. CUPP AND C.C. MARTINEZ TOOK LACEY'S PROPERTY AND STOLE ALOT. - SOME WAS GIVEN BACK. -

WHEN LACEY PURSUED, GREENLAND RESPONDS, AND, LACEY GOES THROUGH THE STATE COURTS. - THEY REFUSE TO ENFORCE THEIR RULING. -

## EXHIBIT F DATA

ON THIS CASE, IT STARTED BECAUSE I OWN THE RULING ON THE CASE, AND, C.C. MARTINEZ STOLE MY FOOD, WHEN SHE STOLE PROPERTY IN EXHIBIT E. — I PURSUED THIS THROUGH THE STATE COURTS, BUT, THEY REFUSED TO ENFORCE THEIR RULING.

## EXHIBIT G DATA

ON THIS CASE, IT WAS THE SECOND ON THE EXHIBIT F ISSUE, AS NOMER STARTED TO ACT TO STEAL LACEY'S FOOD. — THE COURTS REFUSED TO ENFORCE THEIR RULING.

## EXHIBIT H DATA

ON THIS CASE, IT IS ANOTHER EXHIBIT G CASE, WHERE HAWKES AND

PERRY CAME AND STOLE MORE PROPERTY, AS REPRISAL. IT WAS PURSUED THROUGH THE COURTS.

EXHIBIT I DATA

ON THIS CASE, GREENLAND HAD MARTINEZ (EXHIBIT G) RETALIATE AND STEAL PROPERTY. MARTINEZ CHARGED LACEY WITH THEFT, IN ONE OF THE ATTACHMENTS, AND, THE HEARING OFFICER FOUND GUILT ON DESTRUCTION. BUT, THE RULES PROHIBIT THE HEARING OFFICER FROM CHANGING THE CHARGE. THE HEARING OFFICER CAN EITHER FIND THE CHARGE CORRECT (AFFIRM) OR NOT (DISMISS). AND, THE COURTS ALLOWED THE DEFENDANTS TO RETALIATE, WITHOUT AUTHORITY.

EXHIBIT J DATA

ON THIS CASE, IT ADDRESSES

JUDGE MELISSA MOODY COVERING UP EXHIBITS "B" AND "C"

### EXHIBIT K DATA

ON THIS CASE, IT WAS THE THIRD ON THE EXHIBIT F ISSUE, WHERE MARTINE CONTINUES TO STEAL FOOD AND VIOLATE THE COURT RULING

### EXHIBIT L DATA

ON THIS CASE, IT WAS THAT JUDGE MELISSA MOODY LIED ON THE COURT RULING LACEY OWNS, AND, REFUSED TO ENFORCE THE LAW.

### EXHIBIT M DATA

ON THIS CASE, MELISSA MOODY LIED TO COVER UP MAGISTRATE WATKINS LIES, AND, REFUSED TO ENFORCE THE LAW.

### EXHIBIT N DATA

ON THIS CASE, LACEY TRIED TO GET MEDICAL. - UGANDA GREENLAND INTERCEPTED THE PAPERWORK

AND DIRECTED LACEY TO GO TO MEDICAL. - LACEY GRIEVED IT, AND, THE GRIEVANCE COORDINATOR REFUSED TO ALLOW THE GRIEVANCE OR TO SEEK REDRESS AT THE PRISON. - THE COURTS REFUSED TO ACT. -

EXHIBIT O DATA
ON THIS CASE, IT IS A STATE HABEAS CORPUS ON EXHIBIT N CASE.

EXHIBIT P DATA
ON THIS CASE, TWO GUARDS CAME TO LACEY'S CUBICLE, AFTER THE ABOVE CASES AND LACEY REPORTING ONE OF THEM, AND, THEY STOLE ALOT OF FILES AND PROPERTY.

## IV

THE IDAHO CODE ALLOWS A CITIZEN TO FILE CRIMINAL COMPLAINTS. IT ALSO ALLOWS A CITIZEN TO MAKE ARRESTS AND GIVES PRISONERS THE SAME RIGHTS AS CITIZENS. SEE IDAHO CODE

18-313 PROTECTION OF PERSON OF CONVICT THE PERSON OF A CONVICT SENTENCED TO IMPRISONMENT IN THE STATE PRISON IS UNDER THE PROTECTION OF THE LAW, AND, ANY INJURY TO HIS PERSON, NOT AUTHORIZED BY LAW, IS PUNISHABLE IN THE SAME MANNER, AS IF HE WERE NOT CONVICTED OR SENTENCED.

19-501 DEFINITION OF COMPLAINT. THE COMPLAINT IS THE ALLEGATION IN WRITING, MADE TO A MAGISTRATE, THAT A PERSON HAS BEEN GUILTY OF SOME DESIGNATED PUBLIC OFFENSE

19-504 PERSON LODGING COMPLAINT. WHEN A COMPLAINT WHICH HAS BEEN SUBSCRIBED TO UNDER

OATH BY THE PARTY OR PARTIES LODGING THE SAME IS LAID BEFORE A MAGISTRATE ALLEGING FACTS CONSTITUTING THE COMMISSION OF A PUBLIC OFFENSE UNDER THE IDAHO CODE..., THE MAGISTRATE SHALL ORDER THE CLERK OF THE COUNTY TO FILE THE COMPLAINT AND REFER THE COMPLAINT TO THE APPROPRIATE COUNTY OR CITY PROSECUTING ATTORNEY FOR FURTHER ACTION.

19-505 CONTENTS OF COMPLAINT. - THE COMPLAINT MUST SET FORTH THE FACTS STATED BY THE COMPLAINING WITNESS, TENDING TO ESTABLISH THE COMMISSION OF THE PUBLIC OFFENSE AND THE GUILT OF THE DEFENDANT.

19-604 WHEN PRIVATE PERSON MAY ARREST. - A PRIVATE PERSON MAY ARREST ANOTHER:
1. FOR A PUBLIC OFFENSE COMMITTED OR ATTEMPTED IN HIS PRESENCE.

3. WHEN A FELONY HAS BEEN IN FACT COMMITTED, AND HE HAS REASONABLE CAUSE

FOR BELIEVING THE PERSON ARRESTED TO HAVE COMMITTED IT.-

## V

ONE PROBLEM IS THAT IF A PRISONER WOULD ARREST SOMEONE AND TRY TO TAKE THEM BEFORE A MAGISTRATE, THE PRISON OFFICIALS WOULD PROBABLY OBJECT TO THE PRISONER LEAVING THE PRISON. SO, THE PRISONER, WHO, IS UNDER THE PROTECTION OF THE LAW, SENDS IN A COMPLAINT.- SECTION IV OF THIS DOCUMENT DESCRIBES ALL THE CONES.- ALL THAT IS REQUIRE

* ALLEGATION IN WRITING
* PERSON GUILTY
* SOME DESIGNATED PUBLIC OFFENSE

AND THEN

..."THE MAGISTRATE SHALL ORDER..." WHICH IS A COMMAND, NOT OPEN TO "IF THEY WANT TO".

## VI

IN LOOKING AT THE SIXTEEN EXHIBITS THAT ACCOMPANY THIS (BY ISSUE, NOT CHRONOLOGY):

EXHIBIT B - THIS IS WHERE MY MOM HAD HER DRUGS TAMPERED WITH AND WAS HELD HOSTAGE TILL RESCUED, AND, NOW SUFFERS BRAIN DAMAGE AND IS A PRISONER IN APEX CENTER. - MAGISTRATE WATKINS AGREES ON THE EVENTS, BUT, REFUSES TO OBEY THE LAWS IN SECTION FOUR OF THIS DOCUMENT. - AND, MELISSA MOODY HELPS WATKIN COVER IT UP, AS DOES THE IDAHO SUPREME COURT. - LACEY'S INTERPRETATION OF THE LAW IN SECTION II IS REASONABLE OF THE LAWS IN SECTION IV, AND, AS THE GUIDENCE SHOWS, WATKINS, MOODY, AND THE IDAHO SUPREME COURT ARE GUILTY OF ONE COUNT IN R.I.C.O.,

<u>EXHIBITS G AND H</u> - THIS IS TWO CONTEMPT MOTIONS. - LACEY "OWNS" THE RULING IN THE CASE, WHICH IS THE FIFTH PAGE OF EXHIBIT H. - IT IS CLEARLY SEEN THAT THE STATE COURTS ARE COVERING UP THE PRISON OFFICIAL RETALIATION OF LACEY. (AND, IF THE COURTS READ IN SIVAK V. DOG 1:19-CV-00234-DCN, BEFORE THE U.S. DISTRICT COURT IN IDAHO, THE EVIDENCE IS CLEAR THAT THE PRISON OFFICIALS, V. GREENLAND, JR., IS RETALIATING FOR MY REPORTING PRISON EMPLOYEE MISCONDUCT.)

<u>EXHIBITS F AND G AND K</u> ARE THREE CONTEMPT MOTIONS- LACEY "OWNS" THE RULING ON THE CASE, AND, THE RELEVANT PART IS LISTED ON THE FIRST PAGE OF EXHIBIT F. - IT IS CLEARLY SEEN THAT THE COURTS ARE

NOT OBEYING THE COURT ORDERS, AND, ARE NOT ENFORCING THE COURT ORDERS, BUT, ARE ONLY "SELF-SERVING." THIS IS COUNTS 4 AND 5 AND 6 IN R.I.C.O.,

**EXHIBIT O** IS A WRIT OF HABEAS CORPUS THAT VERNON GREENLAND REFUSED ME MEDICAL, AND, NO REMEDY EXISTS IN THE PRISON. - THE COURTS OF IDAHO CONDONE THE DEPRIVATION OF MEDICAL CARE OR REDRESS IN IDAHO. - THIS IS COUNT 7 OF THE IDAHO COURTS VIOLATING THE LAW (RICO ACT, AND, SHOWS GREENLAND COMMITTING RETALIATION,

**EXHIBITS A AND C AND I AND N AND P** ARE VARIOUS CRIMINAL CASE FILINGS AGAINST STATE EMPLOYEES. - IN SPECIFIC EXHIBIT C, SHOWS THAT JUDGE WATKINS DID FALSIFY THE DATA, AND, JUDGE MOODY COVERED UP FOR THE

CRIMES OF WATKINS, AND, THEN THE #57 IDAHO SUPREME COURT COVERED UP THE CRIMES.

THESE ARE COUNTS 8 AND 9 AND 10 AND 11 AND 12 OF RICO.

EXHIBIT D IS THE JUDGE LYING, FALSIFYING THE RECORD, AND, THE ADMINISTRATIVE JUDGE AND IDAHO SUPREME COURT COVERING UP THE CRIMES (COUNT 13 ON RICO)

EXHIBITS J AND L AND M IS THE CRIMES BY MELISSA MOODY, AND THE IDAHO SUPREME COURT COVERING THEM UP
COUNTS 14 AND 15 AND 16 ON RICO

## VII

THE EVIDENCE IS CONCLUSIVE THAT THE ADA COUNTY COURTS AND THE IDAHO SUPREME COURT/COURT OF APPEALS IS A RACKETEER INFLUENCED AND

CORRUPT ORGANIZATION.

## VIII

LACEY SEEKS:

1. THE ADA COUNTY COURTS AND THE IDAHO SUPREME COURT/COURT OF APPEALS BE CONVICTED OF FEDERAL CRIMINAL RICO. (ALL OFFENDERS PROSECUTED

2. ALL RELIEF LACEY SOUGHT IN THE DOCUMENTS MARKED AS EXHIBITS A THRU P BE GRANTED LACEY AND MARION

3. THE ADA COUNTY COURTS AND THE IDAHO SUPREME COURT/COURT OF APPEALS BE PUT UNDER THE CONTROL OF THE UNITED STATES COURTS, AND, ANY CASES THE STATE OF IDAHO WANTS PROSECUTED, BE DONE IN THE UNITED STATES COURTS, WITH THE IDAHO LAW ENFORCED.

4. ALL PAST CASES FROM THE ADA COUNTY COURTS AND THE IDAHO SUPREME COURT/COURT OF APPEALS CAN

PETITION THE UNITED STATES COURTS FOR REVIEW.

5. ALL FURTHER RELIEF THAT WOULD BE APPROPRIATE.

6. THAT LACEY SIVAK AND MARION SIVAK HAVE "VICTIMS RIGHTS" AS DEFINED BY IDAHO CONSTITUTION, ARTICLE I, SECTION 22, AND, APPROPRIATE FEDERAL CODE/STATUTE.

## IX

LACEY STATES SERVICE OF THIS DOCUMENT WAS MADE ON:

* U.S. DISTRICT COURT
  550 W. FORT. ST.
  BOISE, IDAHO 83724

* U.S. ATTORNEY GENERAL
  DEPARTMENT OF JUSTICE
  950 PENNSYLVANIA AVE, NW
  WASHINGTON, D.C. 20530

DATED THIS 26TH DAY OF AUGUST 2019

LACEY SIVAK 18114
B-BLOCK, ISCC
P.O.BOX 70010
BOISE, IDAHO 83707

-pg.____

Revised 3/24/16