UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 07 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LACEY MARK SIVAK,

       Plaintiff - Appellant,

v.

ADA COUNTY COURTS; et al.,

       Defendants - Appellees.

No. 19-35935

D.C. No. 1:19-cv-00330-DCN
U.S. District Court for Idaho, Boise

**MANDATE**

The judgment of this Court, entered December 16, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7